UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 MAY 24 AM 8:17



| UNITED STATES OF AMERICA, | CASE NO. 64CR33268-H |
|---|---|
| Plaintiff, | AMENDED |
| vs. | JUDGMENT OF DISMISSAL |
| HERMENGILDO RIVAS-ROJAS (1), | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) charged in the Indictment.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5-23-11

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE